John P. Levins v. Moses Phillips and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harris Averbuck v. West Shore Railroad Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Wolfin v. Security Bank of New York.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Brody v. Knickerbocker Bag Company, Incorporated.— Application denied, with ten dollars costs. Order signed. Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edna E. Fairweather, as Administratrix, v. John L. Sutphen and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The City of New York v. Edgar S. Appleby and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Bockhaus v. Interborough Rapid Transit Company.— Motion granted. Memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary F. Gurney v. Connecticut Cab Company. Edward Gurney v. Connecticut Cab Company.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter G. Hamilton, County Treasurer, etc., v. Erie Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alice Ford, as Administratrix, etc., v. New York, New Haven and Hartford Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret Lane, as Administratrix, etc., v. Lion Brewery Company of New York City.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louise Gucker v. Anna Kopp and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Skeele Coal Company v. Charles T. Baker.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William T. Emmet, Superintendent of Insurance of the State of New York, etc. (In the Matter of Empire State Surety Company).— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin Clarke and Scott, JJ.